```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT

WHITSERVE LLC,                    :
    Plaintiff,                    :
                                  :
v.                                :    Case No. 3:06-CV-1935(AVC)
                                  :
COMPUTER PACKAGES, INC.,          :
    Defendant.                    :
```

## VERDICT FORM

We the jury unanimously find as follows:

### FINDINGS ON INFRINGEMENT CLAIMS

(The questions regarding infringement should be answered regardless of your findings with respect to the validity or invalidity of the patent)

**1. Infringement**

WhitServe has asserted that CPi's accused products infringe one or more claims of the WhitServe patents. For each individual claim asserted by WhitServe answer the following question:

Has WhitServe proven by a preponderance of the evidence that an asserted claim of the WhitServe patents is infringed by a CPi product? Answer the question by circling either yes or no. A "yes" answer means CPi infringes the asserted claim. A "no" answer means CPi does not infringe the asserted claim.

Infringement of U.S. Patent No. 5,895,468 (exhibit PLT 001)

|  | Desktop EARS/ TERMS | CPi OnLine | Hosted EARS |
|---|---|---|---|
| Cl. 1 - '468 patent? | **Yes**/No | **Yes**/No | **Yes**/No |
| Cl. 2 - '468 patent? | **Yes**/No | **Yes**/No | **Yes**/No |
| Cl. 3 - '468 patent? | **Yes**/No | **Yes**/No | **Yes**/No |
| Cl. 4 - '468 patent? | **Yes**/No | **Yes**/No | **Yes**/No |
| Cl. 5 - '468 patent? | **Yes**/No | | **Yes**/No |
| Cl. 6 - '468 patent? | **Yes**/No | | **Yes**/No |
| Cl. 7 - '468 patent? | **Yes**/No | | **Yes**/No |
| Cl. 8 - '468 patent? | **Yes**/No | | **Yes**/No |
| Cl. 9 - '468 patent? | | | **Yes**/No |
| Cl. 10 - '468 patent? | | | **Yes**/No |
| Cl. 11 - '468 patent? | | | **Yes**/No |
| Cl. 12 - '468 patent? | | | **Yes**/No |
| Cl. 17 - '468 patent? | | | **Yes**/No |
| Cl. 24 - '468 patent? | **Yes**/No | **Yes**/No | **Yes**/No |
| Cl. 25 - '468 patent? | **Yes**/No | **Yes**/No | **Yes**/No |
| Cl. 26 - '468 patent? | **Yes**/No | **Yes**/No | **Yes**/No |
| Cl. 27 - '468 patent? | **Yes**/No | **Yes**/No | **Yes**/No |

Infringement of U.S. Patent No. 6,049,801 (exhibit PLT 003)

|  | CPi OnLine |
|---|---|
| Cl. 1 - '801 patent? | **Yes**/No |
| Cl. 2 - '801 patent? | **Yes**/No |
| Cl. 3 - '801 patent? | **Yes**/No |
| Cl. 5 - '801 patent? | **Yes**/No |

Infringement of U.S. Patent No. 6,182,078 (exhibit PLT 005)

|  | Desktop EARS /TERMS | CPi OnLine | Hosted EARS |
|---|---|---|---|
| Cl. 1 - '078 patent? | **Yes**/No | **Yes**/No | **Yes**/No |
| Cl. 2 - '078 patent? | **Yes**/No | | |
| Cl. 4 - '078 patent? | **Yes**/No | | **Yes**/No |
| Cl. 5 - '078 patent? | **Yes**/No | | |
| Cl. 6 - '078 patent? | | | **Yes**/No |
| Cl. 7 - '078 patent? | | | **Yes**/No |
| Cl. 8 - '078 patent? | | | **Yes**/No |
| Cl. 9 - '078 patent? | **Yes**/No | **Yes**/No | **Yes**/No |
| Cl. 10 - '078 patent? | **Yes**/No | | **Yes**/No |
| Cl. 11 - '078 patent? | | **Yes**/No | **Yes**/No |

Infringement of U.S. Patent No. 6,981,007 (exhibit PLT 007)

|  | Desktop EARS | Hosted EARS | Hosted PMS |
|---|---|---|---|
| Cl. 1 - '007 patent? |  | (Yes)/No | (Yes)/No |
| Cl. 2 - '007 patent? |  | (Yes)/No | (Yes)/No |
| Cl. 3 - '007 patent? |  | (Yes)/No | (Yes)/No |
| Cl. 7 - '007 patent? |  | (Yes)/No | (Yes)/No |
| Cl. 8 - '007 patent? |  | (Yes)/No | (Yes)/No |
| Cl. 9 - '007 patent? |  | (Yes)/No | (Yes)/No |
| Cl. 10 - '007 patent? | (Yes)/No | (Yes)/No | (Yes)/No |
| Cl. 11 - '007 patent? |  | (Yes)/No | (Yes)/No |
| Cl. 12 - '007 patent? |  | (Yes)/No | (Yes)/No |
| Cl. 13 - '007 patent? |  | (Yes)/No | (Yes)/No |
| Cl. 14 - '007 patent? |  | (Yes)/No | (Yes)/No |
| Cl. 15 - '007 patent? |  | (Yes)/No | (Yes)/No |

## 2. Willful Infringement

WhitServe has asserted that CPi willfully infringed the WhitServe patent claims. For each patent answer the following question:

Has WhitServe proven by clear and convincing evidence that CPi, through any product, has willfully infringed the WhitServe patents? Answer the question by circling either yes or no. A

"yes" answer means CPi willfully infringed the patent. A "no" answer means CPi did not willfully infringe the patent.

Willful Infringement

U.S. Patent No. 5,895,468?    (Yes)/No
U.S. Patent No. 6,049,801?    (Yes)/No
U.S. Patent No. 6,182,078?    (Yes)/No
U.S. Patent No. 6,981,007?    (Yes)/No

### 3. INVALIDITY

CPi has asserted that the WhitServe patent claims are invalid. For each individual claim asserted answer the following question:

Has CPi proven by clear and convincing evidence that an asserted claim of the WhitServe patents is invalid? Answer the question by circling either yes or no. A "yes" answer means the claim is invalid. A "no" answer means the claim is valid.

Invalidity of U.S. Patent No. 5,895,468 (exhibit PLT 001)

Cl. 1 - '468 patent?    Yes/(No)
Cl. 2 - '468 patent?    Yes/(No)
Cl. 3 - '468 patent?    Yes/(No)
Cl. 4 - '468 patent?    Yes/(No)
Cl. 5 - '468 patent?    Yes/(No)
Cl. 6 - '468 patent?    Yes/(No)

Cl. 7 - '468 patent?    Yes/**No**

Cl. 8 - '468 patent?    Yes/**No**

Cl. 9 - '468 patent?    Yes/**No**

Cl. 10 - '468 patent?   Yes/**No**

Cl. 11 - '468 patent?   Yes/**No**

Cl. 12 - '468 patent?   Yes/**No**

Cl. 17 - '468 patent?   Yes/**No**

Cl. 24 - '468 patent?   Yes/**No**

Cl. 25 - '468 patent?   Yes/**No**

Cl. 26 - '468 patent?   Yes/**No**

Cl. 27 - '468 patent?   Yes/**No**


Invalidity of U.S. Patent No. 6,049,801 (exhibit PLT 003)

Cl. 1 - '801 patent?    Yes/**No**

Cl. 2 - '801 patent?    Yes/**No**

Cl. 3 - '801 patent?    Yes/**No**

Cl. 5 - '801 patent?    Yes/**No**


Invalidity of U.S. Patent No. 6,182,078 (exhibit PLT 005)

Cl. 1 - '078 patent?    Yes/**No**

Cl. 2 - '078 patent?    Yes/**No**

Cl. 4 - '078 patent?    Yes/**No**

Cl. 5 - '078 patent?    Yes/**No**

Cl. 6 - '078 patent?    Yes/**No**

Cl. 7 - '078 patent?     Yes/(No)
Cl. 8 - '078 patent?     Yes/(No)
Cl. 9 - '078 patent?     Yes/(No)
Cl. 10 - '078 patent?    Yes/(No)
Cl. 11 - '078 patent?    Yes/(No)

Invalidity of U.S. Patent No. 6,981,007 (exhibit PLT 007)

Cl. 1 - '007 patent?     Yes/(No)
Cl. 2 - '007 patent?     Yes/(No)
Cl. 3 - '007 patent?     Yes/(No)
Cl. 7 - '007 patent?     Yes/(No)
Cl. 8 - '007 patent?     Yes/(No)
Cl. 9 - '007 patent?     Yes/(No)
Cl. 10 - '007 patent?    Yes/(No)
Cl. 11 - '007 patent?    Yes/(No)
Cl. 12 - '007 patent?    Yes/(No)
Cl. 13 - '007 patent?    Yes/(No)
Cl. 14 - '007 patent?    Yes/(No)
Cl. 15 - '007 patent?    Yes/(No)

**4. Damages**

**FINDINGS ON DAMAGES**

If you find that CPi infringes the WhitServe patents and that the patents are valid, answer the following question:

What amount is WhitServe entitled to for damages?

$ 8,378,145.00

You have now completed your deliberations.  Please date and sign this form below.

Dated at Hartford, Connecticut this 25th day of May, 2010.

/s/
_____
Foreperson