UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x
WhitServe LLC,                                                  )
    Plaintiff and Counterclaim Defendant,                   )
    v.                                                         )   Civil Action No.
                                                               )   3:06CV01935 (AVC)
Computer Packages, Inc.,                                        )
    Defendant and Counterclaim Plaintiff; and                  )
                                                               )
Additional Jane and John Does                                   )
    Defendants,                                                )
    v.                                                         )
                                                               )
Wesley W. Whitmyer, Jr.                                         )
    Third Party Defendant.                                     )
-------------------------------------------------------------------x

**WHITSERVE'S MOTION TO FILE UNDER SEAL A PORTION OF
WHITSERVE'S MEMORANDUM IN SUPPORT OF ITS MOTION
FOR ENHANCED DAMAGES AND ATTORNEYS' FEES**

Pursuant to Local Rule 5(e), Plaintiff and Counterclaim Defendant WhitServe LLC ("WhitServe"), hereby respectfully moves this Court for an order sealing pages 1 and 22 to its Memorandum in Support of Its Motion for Enhanced Damages and Attorneys' Fees. The pages contain confidential information pursuant to the Protective Order. The redacted versions of these pages have been filed electronically.

|  |  |
|---|---|
| June 21, 2010 | Respectfully submitted,<br><br>_/s/ Gene S. Winter_<br>Gene S. Winter, ct05137<br>Christopher H. Strate, ct26931<br>Walter B. Welsh, ct27210<br>ST.ONGE STEWARD JOHNSTON & REENS<br>986 Bedford Street<br>Stamford, Connecticut 06905<br>Telephone: (203) 324-6155<br>Facsimile: (203) 327-1096<br>Email: litigation@ssjr.com<br><br>ATTORNEYS FOR PLAINTIFF AND<br>COUNTERCLAIM DEFENDANT WHITSERVE LLC |


## CERTIFICATE OF SERVICE

      This is to certify that on this 21st day of June, 2010, a true and correct Copy of the foregoing **WHITSERVE'S MOTION TO FILE UNDER SEAL A PORTION OF WHITSERVE'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR ENHANCED DAMAGES AND ATTORNEYS' FEES** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Alfred U. Pavlis
Daly & Pavlis, LLC
107 John Street
Southport, Connecticut  06890

John A. Krause
Ronald A. Clayton
Douglas Sharrott
Jessica Hiney
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York  10104-3800

Wesley W. Whitmyer, Jr.
986 Bedford Street
Stamford, Connecticut  06905-5619

___6/21/10___                            _/s/ Debbi Simms_____
Date