UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WHITSERVE, LLC,<br>  Plaintiff, | : <br> : <br> : |
| v. | : CASE NO. 3:06CV1935(AVC) |
| COMPUTER PACKAGES, INC.,<br>  Defendant. | : <br> : <br> : |

JUDGMENT

This action having come before the Court for a trial by jury before the Honorable Alfred V. Covello, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict in favor of the plaintiff, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby rendered in favor of the plaintiff, in the amount of $8,378,145.00 for compensatory damages.

Dated at Hartford, Connecticut, this 29th day of June, 2010.

ROBIN TABORA, CLERK

By: *Renee Alexander*
Renee Alexander, Deputy Clerk