- 1 -

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------x
WhitServe LLC,                              )
    Plaintiff,                             )
    v.                                      )  Civil Action No.
                                            )  3:06CV01935 (AVC)
Computer Packages, Inc.,                   )
    Defendant                              )
------------------------------------------------------------------x

## JOINT TRIAL MEMORANDUM

In accordance with The Hon. Alfred V. Covello's Joint Trial Memorandum Instructions and the D. Conn. L. Civ. R. Standing Order Regarding Trial Memoranda in Civil Cases, plaintiff WhitServe LLC ("WhitServe") and defendant Computer Packages, Inc. ("CPi") hereby submit this Joint Trial Memorandum.

- 2 -

I. **TRIAL COUNSEL**

For WhitServe:

    Gene S. Winter
    Michael J. Kosma
    Stephen Ball
    ST. ONGE STEWARD JOHNSTON & REENS LLC
    986 Bedford Street
    Stamford, Connecticut 06905
    Telephone: (203) 324-6155
    Facsimile: (203) 327-1096
    Email: litigation@ssjr.com

For CPi:

    John A. Krause
    Robert H. Fischer
    Douglas Sharrott
    FITZPATRICK, CELLA, HARPER & SCINTO
    1290 Avenue of the Americas
    New York, NY 10104-3800
    Telephone: (212) 218-2100
    Facsimile: (212) 218-2200
    JKrause@fchs.com
    RFischer@fchs.com
    DSharrott@fchs.com

II. **JURISDICTION**

This is an action for patent infringement and arises under the United States Patent Laws, particularly 35 U.S.C. §271 *et seq*. Subject matter jurisdiction is based on 28 U.S.C. §1338.

III. **JURY/NON-JURY**

Jury on the determination of a reasonable royalty. All other issues shall be determined by the Court.

IV. **NATURE OF CASE**

WhitServe's nature of the case attached as Exhibit A.

CPi's nature of the case attached as Exhibit B.

V.      STIPULATION OF FACT AND LAW

      Attached as Exhibit C.

VI.     LEGAL ISSUES

      <u>CPi contends</u>:

      What reasonable royalty has WhitServe proven?

      <u>WhitServe contends</u>:

      The amount of damages WhitServe is entitled from CPi.

      Whether WhitServe is entitled to enhanced damages.

      Whether WhitServe is entitled to a permanent injunction enjoining CPi from further infringement.

      Whether WhitServe is entitled to prejudgment interest.

      Whether WhitServe is entitled to attorneys' fees and costs.

VII.    VOIR DIRE QUESTIONS

      WhitServe's proposed voir dire questions attached as Exhibit D.

      CPi's proposed voir dire questions attached as Exhibit E.

VIII.   LIST OF WITNESSES

      WhitServe's witness list attached as Exhibit F.

      CPi's witness list attached as Exhibit G.

IX.     EXHIBITS

      WhitServe's exhibit list attached as Exhibit H.

      CPi's exhibit list attached as Exhibit I.

X.      LIST OF DEPOSITION WITNESSES

      WhitServe's deposition witness list attached as Exhibit J.

- 4 -

CPi's deposition witness list attached as K.  WhitServe has not provided specific designations of deposition witnesses, but instead identifies entire transcripts only.  CPi therefore reserves the right to object to WhitServe's designated deposition testimony and to counter-designate testimony when WhitServe identifies specific testimony.

## XI. REQUESTS FOR JURY INSTRUCTIONS

WhitServe's requests for jury instructions attached as Exhibit L.

CPi's requests for jury instructions attached as Exhibit M.

## XII. ANTICIPATED EVIDENTIARY PROBLEMS

To be filed and served as motions *in limine*.

## XIII. TRIAL TIME

WhitServe estimates that trial will require 2-3 days.

CPi estimates that the trial will require 3-4 days, to be split evenly between the parties.

## XIV. FURTHER PROCEEDINGS PRIOR TO TRIAL

The following motions remain outstanding:

- CPi's Motion to Disqualify. (Dkt. 553.)
- WhitServe's Motion to Quash.  (Dkt. 568.)
- WhitServe's Motion for Sanctions.  (Dkt. 577.)
- WhitServe's Motion to Compel.  (Dkt. 579.)
- CPi's Motion to Dismiss.  (Dkt. 601.)

The Parties anticipate the following:

- Rulings on evidentiary issues raised by motions *in limine* or otherwise.
- CPi's Motion to Stay the Litigation.

XV. **COURTROOM TECHNOLOGY**

<u>WhitServe</u>:

WhitServe does not currently anticipate requiring any courtroom technology.

<u>CPi</u>:

CPi anticipates requiring courtroom technology similar to that used in the May 2010 trial, namely, a computer projector, a projection screen, and (as needed) computer monitors to display exhibits to the Court and jury.

XVI. **ELECTION FOR TRIAL BY MAGISTRATE**

No.

                    Respectfully Submitted

<u>November 8, 2013</u>    <u>/s/ Gene S. Winter</u>
Date                    Gene S. Winter, ct05137
                        Michael Kosma, ct27906
                        Stephen Ball, ct28234
                        ST.ONGE STEWARD JOHNSTON & REENS LLC
                        986 Bedford Street
                        Stamford, Connecticut 06905
                        Telephone: (203) 324-6155
                        Facsimile: (203) 327-1096
                        Email: litigation@ssjr.com

                        ATTORNEYS FOR WHITSERVE LLC

<u>November 8, 2013</u>    <u>/s/ Douglas Sharrott</u>
Date                    Douglas Sharrott
                        Fitzpatrick, Cella, Harper & Scinto
                        1290 Avenue of the Americas
                        New York, NY 10104-3800
                        Telephone: (212) 218-2100
                        Facsimile: (212) 218-2200
                        DSharrott@fchs.com

                        ATTORNEYS FOR COMPUTER PACKAGES, INC.

- 6 -

## CERTIFICATE OF SERVICE

    This is to certify that on this 8th day of November 2013, a true and correct copy of the foregoing **JOINT TRIAL MEMORANDUM** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

11-8-2013
Date

_[signature]_
Carrie Csizmadia