# EXHIBIT C TO JOINT TRIAL MEMORANDUM

# STIPULATIONS OF FACT AND LAW:

## I. STIPULATIONS OF FACT

1. WhitServe LLC ("WhitServe") is a Connecticut limited liability company having a place of business at 986 Bedford Street, Stamford, Connecticut, 06905-5619.

2. Computer Packages, Inc. ("CPi") is a Maryland corporation having a place of business at 414 Hungerford Drive, Third Floor, Rockville, Maryland 20850.

## II. STIPULATIONS OF LAW

1. The jury instructions attached as Exhibits L and M, to the extent agreed upon by the parties, reflect the parties' stipulations of law.