UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

---

WhitServe LLC,

    Plaintiff

    v.

Computer Packages, Inc.,

    Defendant.

Civil Action No.
3:06CV01935 (AVC)

---

## STIPULATION OF DISMISSAL

WhitServe LLC and Computer Packages, Inc., through their respective attorneys, hereby stipulate and agree to dismissal with prejudice of all claims and counterclaims between them in the above action pursuant to Fed. R. Civ. P. 41(a)(1). Defendant's supersedeas bond posted in this matter on March 25, 2011 (D.I. 483) shall be discharged, and surety Fidelity and Deposit Company of Maryland shall be released from any and all liability under said Bond. Each party shall bear its own fees and costs.

STIPULATED AND AGREED TO BY:

19 May 2014
Date

Gene S. Winter, ct05137
Michael Kosma, ct27906
Stephen Ball, ct28234
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: litigation@ssjr.com

*ATTORNEYS FOR WHITSERVE LLC*

May 19, 2014
Date

/s/ John A. Krause

John A. Krause
Robert H. Fischer
Douglas Sharrott
Andrew Kutas
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200
JKrause@fchs.com
RFischer@fchs.com
DSharrott@fchs.com
AKutas@fchs.com

Robert J. Czarnecki
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4567
Facsimile: (212) 884-8576
Robert.Czarnecki@dlapiper.com

Alfred U. Pavlis, ct08603
Michael Q. English, ct29019
Finn Dixon & Herling LLP
177 Broad Street
Stamford, CT 06901-2048
Telephone: (203) 325-5056
Facsimile: (203) 325-5001
apavlis@fdh.com
menglish@fdh.com

*ATTORNEYS FOR COMPUTER PACKAGES, INC.*

## CERTIFICATE OF SERVICE

      This is to certify that on this 19th day of May, 2014, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


May 19, 2014
Date

_____
Joan M. Burnett